MrH



**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR A SEARCH WARRANT AUTHORIZING THE DNA SAMPLE COLLECTION OF DERRICK DEANDRE CHAPMAN (Year of Birth 1993; SSN ENDING 2982; AND FBI NO. ENDING DD8)** | ) | **CASE NO.** 13-2364 BPG |

FILED ENTERED
LODGED RECEIVED
NOV 1 2013
AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY DEPUTY

**AFFIDAVIT IN SUPPORT OF A SEARCH WARRANT AUTHORIZING THE DNA SAMPLE COLLECTION FOR DERRICK DEANDRE CHAPMAN**

Michael Glenn, a Task Force Officer ("TFO") with the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF"), being duly sworn, states:

**INTRODUCTION / AGENT BACKGROUND**

1. I am an "investigative or law enforcement officer of the United States" within the meaning of § 2510(7) of Title 18, United States Code (U.S.C.), that is, an officer of the United States empowered by law to conduct investigations of and to make arrests for offenses enumerated in Title 18 U.S.C. § 922.

2. I have been assigned as a TFO with the ATF since November 2003. I have been a Police Officer with the Baltimore Police Department ("BPD") for 25 years. Since I have been in law enforcement, I have participated in investigations regarding firearms, including violations of Title 18 U.S.C. § 922 and Title 18 U.S.C. § 924, and violent crime, including violations of Title 18 U.S.C. § 2119. I have participated in the recovery of illegal items to include, but not limited to: firearms, clothing and disguises, narcotics, narcotics packaging and paraphernalia, and financial proceeds related to criminal activity. I am currently assigned to a Federal Task Force

that investigates firearms, narcotics trafficking, violent crimes, and related offenses. Through my training and experience, I have become familiar with the manner in which firearms violations are committed and concealed. I also generally know that Deoxyribonucleic Acid ("DNA") can be found on items such as clothing and firearms and can be compared to a sample of DNA from a known person.

3. This affidavit is being submitted in support of an application for a search warrant to obtain samples of DNA for comparison purposes in the form of saliva for DERRICK DEANDRE CHAPMAN, a male born in the year 1993, with a Social Security account number ending in 2982, and having been assigned an FBI number ending in DD8. CHAPMAN is further described as being approximately five feet ten inches tall and 185 pounds, with brown eyes and brown hair. A booking photograph is attached as Exhibit 1 to this Affidavit. CHAPMAN is currently being held at the Baltimore City Detention Center, located at 401 East Eager Street, Baltimore, Maryland, 21202, which is in the District of Maryland. I seek to seize this evidence in relation to investigations of violations of Title 18 U.S.C. § 922 (possession of a firearm by a person previously convicted of a felony), Title 18 U.S.C. § 924(c) (using and carrying a firearm during and in relation to a crime of violence), and Title 18 U.S.C. § 2119 (carjacking).

4. Because this affidavit is being submitted for the limited purpose of establishing probable cause for a search warrant, I have not included every detail of every aspect of the investigation. Rather, I have set forth only those facts that I believe are necessary to establish probable cause. I have not, however, excluded any information known to me that would defeat a determination of probable cause. The information contained in this Affidavit is based upon my personal knowledge, my review of documents and other evidence, and my conversations with other law enforcement officers and other individuals. All conversations and statements

MKH



described in this Affidavit are related in substance and in part unless otherwise indicated.

**PROBABLE CAUSE**

5. Your Affiant has probable cause to believe that, on or about August 1, 2013, DERRICK DEANDRE CHAPMAN possessed a firearm while a prohibited person, in violation of Title 18 U.S.C. § 922(g), and used a firearm with the intent to cause death or serious bodily harm in taking the motor vehicle of another, in violation of Title 18 U.S.C. § 924(c) and Title 18 U.S.C. § 2119. On that date, detectives from the Baltimore City Police Department responded to a report of a robbery at a location in Baltimore City, Maryland, and spoke with a civilian male, hereinafter identified as Victim #1, who indicated that his silver 2001 Mercedes-Benz E320 bearing Maryland Registration 7AD9016 was taken from him at gunpoint. Victim #1 indicated he had just exited his vehicle when a male that he knew as CHAPMAN, approached him wearing a black mask that covered his face up to his nose. CHAPMAN placed a silver and grey semi-automatic handgun to Victim #1's head and demanded Victim #1's property. CHAPMAN went through Victim #1's pockets and took $4 in U.S. currency and Victim #1's car keys. After taking Victim #1's property, CHAPMAN placed the firearm to Victim #1's head and pulled the trigger. The firearm did not discharge and CHAPMAN told Victim #1 to run. CHAPMAN entered Victims #1's car and drove off. Victim #1 then called the police to report the incident.

6. On that day, members of the Baltimore City Police Department responded to the area of the 4100 block of Parkside Drive, Baltimore City, Maryland, for a report of a robbery involving the aforementioned 2001 Mercedes-Benz. Upon arrival to the area, detectives observed the vehicle matching the description and attempted to conduct a traffic stop. The vehicle fled and struck numerous vehicles in the block causing the vehicle to turn over onto the driver's side, slide down the street, and roll over twice. The vehicle came to rest right side up, and detectives

observed CHAPMAN as the driver and sole occupant inside the vehicle. Recovered just outside of the vehicle was one grey and silver .40 caliber Smith & Wesson SW40VE handgun loaded with one round. Recovered from inside of the vehicle was a black mask. Also recovered from the scene was one handgun magazine containing nine .40 caliber rounds and two live .40 caliber rounds. Prior to August 1, 2013, CHAPMAN was previously convicted of a crime punishable by greater than one year incarceration. Your Affiant has probable cause to believe that the firearm recovered during this incident is a "firearm" as defined in 18 U.S.C. § 921(a)(3)(A), and the firearm was manufactured outside the state of Maryland. Therefore, the evidence established probable cause that CHAPMAN had possessed the firearm after a conviction for a felony offense; had committed a carjacking of a vehicle that had traveled in interstate commerce and attempted to inflict serious bodily harm on the victim during the carjacking; and used and carried the firearm during and in relation to that carjacking.

7. At the crime scene on August 1, 2013, the Mobile Crime Laboratory Unit of the Baltimore City Police Department took DNA samples from the .40 caliber Smith & Wesson SW40VE firearm recovered from the scene. Additionally, the mask recovered from inside of the vehicle CHAPMAN was driving was submitted to the Baltimore City Police Laboratory to be tested for the presence of DNA.

## REQUEST FOR A SEARCH WARRANT

8. Given the facts set forth above, your affiant has probable cause to believe that CHAPMAN has committed violations of Title 18 U.S.C. § 922(g), Title 18 U.S.C. § 924(c), and Title 18 U.S.C. § 2119, being a felon in possession of a firearm, use of a firearm during and in relation to a crime of violence, and carjacking.

9. As such, your affiant respectfully requests that this Court find probable cause that

evidence of the aforementioned criminal violations is contained in the form of DNA in saliva in the possession of DERRICK DEANDRE CHAPMAN, a male with a year of birth in 1993, a Social Security account number ending in 2982, having been assigned an FBI number ending in DD8, and currently held at the Baltimore City Detention Center, located at 401 East Eager Street, Baltimore, Maryland, 21202, so that the DNA sample may be compared to evidence collected during the course of this investigation, to include but not limited to, items described *supra* in paragraph 7 of this Affidavit.

WHEREFORE, I respectively request that the Court issue a warrant authorizing members of the ATF, or their authorized representatives, including but not limited to other law enforcement agents assisting in the above-described investigation, to obtain DNA samples from DERRICK DEANDRE CHAPMAN, a male with a year of birth in 1993, a Social Security account number ending in 2982, and having been assigned an FBI number ending in DD8.

TFO [signature]

Michael Glenn, Task Force Officer
Bureau of Alcohol, Tobacco, Firearms and Explosives

Sworn to before me this 2nd day of October, 2013

[signature]

Hon. Beth P. Gesner, United States Magistrate Judge